UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC)<br>18-MC-2859 (PAC) |
| *This Document Relates to All Actions* | **INDIVIDUAL CASE #**<br>1:19-cv-00900-PAC |

-------------------------------------------------------------------------x

## SHORT FORM COMPLAINT

1. Plaintiffs, LOUIS HADDAD, JR and DEBRA HADDAD state and bring this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2. Plaintiffs are filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

### PARTIES, JURISDICTION AND VENUE

3. Plaintiff, LOUIS HADDAD, JR, is a resident and citizen of the State of Connecticut and claims damages as set forth below.

4. Plaintiff's Spouse, DEBRA HADDAD, is a resident and citizen of the State of Connecticut and claims damages as set forth below.

5. Venue of this case is appropriate in the United States District Court,

District of Connecticut. Plaintiff directly filed this matter in the District of Connecticut, and it was transferred to the Southern District of New York for pretrial proceedings. Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the District of Connecticut.

6. Plaintiff brings this action *[check the applicable designation]*:

__✓__ On behalf of himself/herself;

_____ ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent. *[Cross out if not applicable.]*~~

## **FACTUAL ALLEGATIONS**
## **ALLEGATIONS AS TO LEFT-SIDE IMPLANT/EXPLANT SURGERY(IES):**

7. Plaintiff was implanted with a Versys Femoral Head in his/her left hip on or about November 15, 2012 at St. Francis Hospital and Medical Center, 114 Woodland Street, Hartford, Connecticut, by Steven Schutzer, M.D.

8. Plaintiff was implanted with the following femoral stem during the November 15, 2012 implantation surgery:

__✓__ Zimmer M/L Taper

_____ Zimmer M/L Taper with Kinectiv Technology

9. Plaintiff had the following left hip components explanted on or about October 5, 2017 at St. Francis Hospital and Medical Center, 114 Woodland Street, Hartford, Connecticut, by Steven Schutzer, M.D:

2

   ✓        Versys femoral head

_____        Zimmer M/L Taper

_____        Zimmer M/L Taper with Kinectiv Technology

10. Plaintiff underwent removal of infected hardware and total left hip revision on December 7, 2017 at Newton-Wellesley Hospital, 2014 Washington Street, Newton, MA by Hany Bedair, MD.

### ALLEGATIONS AS TO INJURIES

11. (a) Plaintiff claims damages as a result of (check all that are applicable):

   ✓        INJURY TO HERSELF/HIMSELF

_____        INJURY TO THE PERSON REPRESENTED

_____        WRONGFUL DEATH

_____        SURVIVORSHIP ACTION

   ✓        ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): *[Cross out if not applicable.]*

   ✓        LOSS OF SERVICES

   ✓        LOSS OF CONSORTIUM

12. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

13. Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other

responsive documents provided to the Defendant and are incorporated by reference herein.

14. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

15. Due to the nature of the defect, Plaintiffs could not have known that the injuries he suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiffs.

## **CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

16. The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

- ✓ COUNT I - NEGLIGENCE;
- ✓ COUNT II - NEGLIGENCE PER SE;
- ✓ COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;
- ✓ COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;
- ✓ COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;
- ✓ COUNT VI - BREACH OF EXPRESS WARRANTY;
- ✓ COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;
- ✓ COUNT VIII - BREACH OF IMPLIED WARRANTIES;
- ✓ COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS
- ✓ COUNT X –NEGLIGENT MISREPRESENTATION
- ✓ COUNT XI- FRAUDULENT CONCEALMENT
- ✓ COUNT XII - UNJUST ENRICHMENT

| | |
|---|---|
| ✓ | COUNT XIII – LOSS OF CONSORTIUM |
| ✓ | COUNT XIV – WRONGFUL DEATH |
| ✓ | COUNT XV- SURVIVAL ACTION |

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law: Connecticut Product Liability Act - General Statutes § 52-572n & q, and,

| | |
|---|---|
| ✓ | PUNITIVES DAMAGES - Connecticut General Statutes § 52-240b. |

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action, including Connecticut General Statutes § 52-240b;

3. For an award of attorneys' fees and costs;

4. For prejudgment interest and costs of suit;

5. Exemplary damages;

6. For restitution and disgorgement of profits; and,

7. For such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: <u>March 21, 2019</u>					Respectfully submitted,

                              THE PLAINTIFFS,

By: _____
     BRITTANY S. CATES
     FAXON LAW GROUP, LLC
     59 Elm Street
     New Haven, CT 06510
     T: 203.624.9500
     F: 203.624.9100
     bcates@faxonlawgroup.com